**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAPS,<br><br>          Plaintiff,<br><br>     v.<br><br>SUNBELT RENTALS, INC., et al.,<br><br>          Defendants. | Case No.:  2:21-cv-03407-MEMF (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND FACT DISCOVERY AND MOTION CUT-OFF DATES [ECF NO. 37]** |

/ / /

/ / /

On October 3, 2022, the parties filed a Joint Stipulation to Extend the Fact Discovery and Motion Cut-Off Dates by thirty (30) days. ECF No. 37.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the request and ORDERS as follows:

1. The Fact Discovery Cut-off Date is set to **November 4, 2022**;
2. The Last Date to Hear Motions is set to **January 26, 2023**.

IT IS SO ORDERED.

Dated: October 12, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge